Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Delaware

UNITED STATES OF AMERICA

V.

Crim. No. 1:99CR00014-3 - JJF

Calvin Leonard Bey

    On July 10, 2002 the above named was placed on Supervised Release for a period of four years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Calvin Leonard Bey be discharged from Supervised Release.

Respectfully submitted,

_____
Craig H. Carpenter
U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ___7___ day of __September__, 20_05_.

_____
U.S. District Court Judge